

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

THAMUD ELDRIDGE, 15191-055,

           Plaintiff,

  -v-

OFFICER KENNEY, OFFICER SPRINGER,
OFFICER VOGT, OFFICER WALKER,
SERGEANT WILSON, and COUNTY SHERIFF,

           Defendants.
_____

DECISION AND ORDER
11-CV-6459Fe

      Plaintiff Thamud Eldridge, who is a prisoner housed at the Buffalo Federal Detention Center, has submitted to the Court a complaint and an affidavit of poverty seeking permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Before this action can proceed the Court must receive a signed Authorization from plaintiff authorizing the institution in which the plaintiff is confined to pay the full **$ 350.00** filing fee.

      The Clerk of the Court is directed to send plaintiff an Authorization Form.

      Accordingly, the plaintiff has until **October 28, 2011** to (a) either furnish the Court with a signed Authorization (a copy of which is attached hereto) or (b) pay the full filing fee of $350.00. If the Court does not receive the signed Authorization or the full fee on or before such date, **this action will be dismissed without prejudice without further notice** to the plaintiff.

      IT IS HEREBY ORDERED, that the Clerk of the Court is to close this case as

dismissed without prejudice after **October 28, 2011** if the plaintiff has not paid the full filing fee or provided the Court with a signed Authorization by that date.

SO ORDERED.

Dated: ___SEPT. 27___, 2011
Rochester, New York

_____Charles Siragusa_____
CHARLES J. SIRAGUSA
United States District Judge